**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

July 19, 2021

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Liang, et al.*, 18-CR-419 (BMC)
    **Request to Adjourn Sentencing of Wo Qi Liu**

Dear Judge Cogan,

With the Government's consent, the Defense respectfully requests a short adjournment of the sentencing of Mr. Liu, which is currently scheduled for August 3. We make this request because we have not yet received the final Presentence Report and would be unable to address its contents, sentencing recommendation, or any outstanding objections in our sentencing memorandum insofar as the Defense's sentencing submission is currently due tomorrow, July 20, 2021.

If the Court grants this requested adjournment, the Defense asks that the Court select a date in the second week of September, except for September 15th or 16th.

Thank you for your consideration.

Respectfully,
____/s/_____
Donna R. Newman

cc: All counsel (by ECF)